AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| YH LEX ESTATES LLC, | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:22-cv-02836 |
| NIR MEIR, RANEE A. BARTOLACCI, and ERMITAG | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner, YH Lex Estates.

Date:  04/06/2022

/s/ Mark H. Hatch-Miller
*Attorney's signature*

Mark H. Hatch-Miller (MH4981)
*Printed name and bar number*

SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019

*Address*

Mhatch-miller@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*