DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for EAM 40 Meadow Lane LLC and*
*EZL 40 Meadow Lane LLC*
605 Third Avenue
New York, New York 10158
(212) 557-7200
JAMES B. GLUCKSMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| YH LEX ESTATES LLC, | District Court Index Number - 22-cv-2836 |
| Petitioner, | |
| -against- | Removed Proceeding |
| NIR MEIR, RANEE A. BARTOLACCI, and ERMITAGE ONE, LLC, | |
| Respondents. | |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL

    EAM 40 Meadow Lane LLC and EZL 40 Meadow Lane LLC, by its attorneys, Davidoff Hutcher & Citron LLP, respectfully provides notice to this Court of the withdrawal of the Notice of Removal (ECF Document No. 1) filed on April 7, 2022.

Dated:    New York, New York
           April 13, 2022

                                          DAVIDOFF HUTCHER & CITRON, LLP
                                          *Attorneys for EAM 40 Meadow Lane LLC and*
                                          *EZL 40 Meadow Lane LLC*
                                          605 Third Avenue
                                          New York, New York 10158
                                          (212) 557-7200

                                          By:*/s/ James B. Glucksman*
                                                James B. Glucksman